

# Fourth Court of Appeals
## San Antonio, Texas

Friday, February 20, 2015

No. 04-14-00383-CR

Sean **LEBO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 413956
Honorable Bill C. White, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file his brief is granted. We order appellant's brief due March 11, 2015.  No further extensions of time will be granted absent a showing of extraordinary circumstances.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court